UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LOUISE CHRISTINE CONRAD, a married woman, <br><br> Plaintiff, <br><br> v. <br><br> CINEMARK USA, INC., a foreign corporation, and CENTURY THEATRES, INC., a foreign corporation d/b/a CINEMARK TOTEM LAKE KIRKLAND, <br><br> Defendants. | NO. 2:25-CV-00491-RSM <br><br> ORDER OF DISMISSAL |

THIS MATTER having come before the Court on stipulation of the undersigned parties,

IT IS HEREBY ORDERED that all claims of Plaintiff against Defendants in this action are dismissed, with prejudice, with each party to bear its own costs and attorneys' fees. This case is CLOSED.

DATED this _17th_ day of February 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1